```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVIISON
```

PENNEY WOLFE and
BETTINA LOGUE                                           PLAINTIFFS

          v.         Civil No. 05-5019

EUNA GOSVENER d/b/a PREFERRED
MEDICAL STAFFING, and PREFERRED
MEDICAL STAFFING INCORPORATED                           DEFENDANTS

## O R D E R

Now on this 6th day of June, 2006, comes on for consideration defendant's oral motion for additional time to file dispositive motions, due to computer malfunction, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and the deadline for filing dispositive motions is hereby extended until June 9, 2006.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE